Joe Doyle BANNING, Petitioner,

v.

STATE OF IOWA, H. C. Hendrick, County Attorney, Warren County, Iowa.

No. 14985.

United States Court of Appeals, Eighth Circuit.

Dec. 11, 1953.

Writ of Certiorari Denied
April 12, 1954.

See 74 S.Ct. 645.

Joe Doyle Banning, pro se.

Application for leave to appeal in forma pauperis and for mandamus, etc., denied in all respects.